AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Oscar Antonio Ruiz-Guifarro

**CRIMINAL COMPLAINT**

Case Number: M-19-0913-M

IAE    YOB: 1974
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 22, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Antonio Ruiz-Guifarro was encountered by Border Patrol Agents near Mission, Texas on April 22, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 12, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 26, 2015, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 14, 2014, the Defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States After Deportation, Having Been Previously Convicted of a Felony and was sentenced to thirteen (13) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

April 23, 2019   - 8:14 a.m.

Juan F. Alanis                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Maria Guerrero    Senior Patrol Agent

Signature of Judicial Officer